**LAW OFFICES OF WILLIAM CAFARO**

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

DEC 0 1 2021

November 30, 2021

**SO ORDERED:**

*George B. Daniels*

**George B. Daniels, U.S.D.J.**

Dated: **DEC 0 1 2021**

**Via ECF**
Hon. George B. Daniels, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Alvarez v. AAZAM Food Corp. et al
      Case No.: 15-cv-03570-GBD

Your Honor,

This office represents the Plaintiff in the above referenced action brought under the Fair Labor Standards Act and New York Labor Law. We write to request a short two-week extension of time to file our opposition to Defendants' motion to vacate the default judgment levied against them on October 22, 2015. Specifically, Plaintiff is requesting an extension from December 2, 2021 to December 16, 2021. No previous request for an extension of this deadline have been made.

Prior to making this application the undersigned reached out to Defendants' counsel, via email, to request their consent. Defendants stated that they would not consent to the Plaintiff's request unless Plaintiff agreed to certain terms concerning the Plaintiff's restraining notices on the Defendants' bank account and bank boxes. Plaintiff rejected the Defendants' terms as unreasonable and improper considering the short extension request.

Given the above, we request the Court extend the Plaintiff's time to oppose the Defendants motion to vacate the default judgment levied against them on October 22, 2015 from December 2, 2021 to December 16, 2021.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

By:   Amit Kumar, Esq.
      *Attorneys for Plaintiffs*