**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JESUS ALVAREZ                            :

                   Plaintiff,     :

                          :            ORDER

       -against-                   :

                          :    15 Civ. 03570 (GBD)(BCM)

AAZAM FOOD CORP. D/B/A 28 SCOTT'S CAFÉ &  :
DELI, RAJIV KUMAR CHAND, AND ASHIMA       :
CHAND.                                    :

               Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

On October 22, 2015 a default judgment was entered in the above action against the Defendants.  On November 18, 2021, Defendants Ashima Chand and Rajiv Kumar Chand ("Chand Defendants") filed a motion to vacate the default judgment against them.  The motion to vacate the default judgment is referred to Magistrate Judge Barbara C. Moses.

On December 1, 2021, the Chand Defendants filed a proposed order to show cause with emergency relief staying the execution of the default judgment and the execution of any and all current and future restrains against the Defendants.  The proposed order to show cause is DENIED without prejudice.

Dated: New York, New York
       December 07, 2021

                                 SO ORDERED.

                                 *George B Daniels*

                                 GEORGE B. DANIELS
                                 United States District Judge