

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS ALVAREZ,

        Plaintiff,

    -against-

AAZAM FOOD CORP. D/B/A 28 SCOTT'S
CAFÉ & DELI, RAJIV KUMAR CHAND, and
ASHIMA CHAND,

        Defendant.

15-CV-3570 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       The undersigned magistrate judge has received, via mail, an undated letter from Ashima Chand to Judge Daniels, which appears to seek expedited judicial action with respect to defendants' proposed order to show cause (denied by Judge Daniels on December 7, 2021). The letter bears no indication that it was copied to defendants' counsel, nor to plaintiff or his counsel.

       Because the letter is an unauthorized *pro se* submission from a represented party, the Court will reject the letter for filing, and will instead forward it to defendants' counsel of record. *See Mitchell v. Senkowski*, 2006 WL 3063464, at *2 (N.D.N.Y. Oct. 26, 2006) ("the Court refuses to accept Plaintiff's *pro se* Motion to vacate because he continues to be represented by an attorney"); *Davidson v. Scully*, 1995 WL 104020, at *9 (S.D.N.Y. Mar. 8, 1995) (since plaintiff was represented by counsel, "the Court can find no error in the Magistrate Judge's disregard of Plaintiff's *pro se* submissions, and the Court has, itself, disregarded those submissions in resolving this motion").

Dated: New York, New York
      December 10, 2021

                        **SO ORDERED.**

                        _____

                        **BARBARA MOSES**
                        **United States Magistrate Judge**