```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS ALVAREZ,

        Plaintiff,

  -against-

AAZAM FOOD CORP. et al.,

        Defendants.

15-CV-3570 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court having been informed (Dkt. Nos. 28, 29) that the parties have resolved their differences and that defendants have withdrawn their motion to vacate the default judgment against them (Dkt. No. 18), it is HEREBY ORDERED that the motion is deemed WITHDRAWN.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 18.

Dated: New York, New York
       December 21, 2021

                                  **SO ORDERED**.

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**